**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name: Shrader & Associates, L.L.P. v. Crissy Carrasco and David Carrasco, Jr.

Appellate case number: 01-19-00042-CV

Trial court case number: 2018-57553

Trial court: 295th District Court of Harris County

     Appellant Shrader & Associates, L.L.P.'s motion for rehearing is **denied**.

Justice's signature: /s/ Gordon Goodman
                   Acting for the Court

Panel consists of: Justices Lloyd, Goodman, and Landau.

Date: October 31, 2019